**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
  kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiff*

**BAKER & MCKENZIE LLP**
Edward D. Totino (SBN 169237)
  edward.totino@bakermckenzie.com
Desirée Hunter-Reay (SBN 337150)
  desiree.hunter-reay@bakermckenzie.com
10250 Constellation Blvd., Suite 1850
Los Angeles, California 90067
Telephone: +1 310 201 4728
Facsimile: +1 310 201 4721

*Attorneys for Defendant*
*DAVE INC.*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL LOPEZ, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>                   Plaintiff,<br><br>vs.<br><br>DAVE INC.,<br><br>                   Defendant. | CASE NO. 3:22-cv-04160-VC<br><br>**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION OR IN THE ALTERNATIVE TO DISMISS**<br><br>Judge: Hon. Vince Chhabria |

      Pursuant to Civil Local Rules 7-12, 6-1(a) and 6-2(a), Plaintiff Krystal Lopez ("Plaintiff") and Defendant Dave Inc. ("Defendant," and collectively, the "Parties") hereby stipulate as follows:

      1.    WHEREAS, on July 15, 2022, Plaintiff filed a Class Action Complaint in the above-captioned action against Defendant. (Dkt. No. 1).

      2.    WHEREAS, per the Parties' stipulation, Defendant filed its responsive pleading, in the form of a Motion to Compel Arbitration or in the alternative to Dismiss on September 23, 2022 (Dkt. No. 18). The hearing on the motion is set for November 17, 2022.

3.   WHEREAS, Plaintiff's opposition is currently due October 7, 2022, and Defendant's reply is due October 14, 2022.

4.   WHEREAS, the Parties have agreed to extend the Parties' deadlines to file an opposition and reply as follows:

    a.   Plaintiff's Opposition Due: October 20, 2022

    b.   Defendant's Reply Due: November 3, 2022

5.   WHEREAS, this stipulation shall have no effect on the date of any other event or any deadline already affixed by the Court order.

6.   NOW THEREFORE, in consideration of the foregoing, Plaintiff and Defendant, by and through their respective counsel, hereby **STIPULATE** and **AGREE** as follows:

7.   Plaintiff's time to file an Opposition to Defendant's Motion to Compel Arbitration or in the alternative to Dismiss in this action is extended from October 7, 2022 to **October 20, 2022**; and

8.   Defendant's time to file its Reply is extended from October 14, 2022 to **November 3, 2022.**

Dated: October 4, 2022

| **GUTRIDE SAFIER LLP** | **BAKER & MCKENZIE LLP** |
|---|---|
| *s/ Hayley Reynolds* | *s/Desirée Hunter-Reay* |
| Seth A. Safier (State Bar No. 197427) | Edward D. Totino (SBN 169237) |
|   seth@gutridesafier.com |   edward.totino@bakermckenzie.com |
| Marie A. McCrary (State Bar No. 262670) | Desirée Hunter-Reay |
|   marie@gutridesafier.com |   desiree.hunter-reay@bakermckenzie.com |
| Hayley Reynolds (State Bar No. 306427) | 10250 Constellation Blvd., Suite 1850 |
|   hayley@gutridesafier.com | Los Angeles, California 90067 |
| Kali R. Backer (State Bar No. 342492) | Telephone: +1 310 201 4728 |
|   kali@gutridesafier.com | Facsimile: +1 310 201 4721 |
| 100 Pine Street, Suite 1250 | |
| San Francisco, CA 94111 | |
| Telephone: (415) 639-9090 | |
| Facsimile:  (415) 449-6469 | |
| | |
| *Attorneys for Plaintiff Krystal Lopez* | Attorneys for DEFENDANT DAVE INC. |

**FILER'S ATTESTATION (Civ. L.R. 5-1(i)(3))**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: October 4, 2022                              /s/*Hayley Reynolds*
                                                    Hayley A. Reynolds, Esq.

## [PROPOSED] ORDER

PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED: Plaintiff's time to file an Opposition to Defendant's Motion to Compel Arbitration or in the alternative to Dismiss in this action is extended from October 7, 2022 to October 20, 2022; and Defendant's time to file its Reply is extended from October 14, 2022 to November 3, 2022.

Dated: _____

                                                  The Honorable Vince Chhabria
                                                  United States District Judge
                                                  Northern District of California