1  Edward D. Totino (SBN 169237)
   edward.totino@bakermckenzie.com
2  Benjamin W. Turner (State Bar No. 256092)
   ben.w.turner@gmail.com
3  **BAKER & McKENZIE LLP**
   10250 Constellation Blvd., Suite 1850
4  Los Angeles, California 90067
   Telephone: +1 310 201 4728
5  Facsimile: +1 310 201 4721

6  Desirée Hunter-Reay (SBN 337150)
   desiree.hunter-reay@bakermckenzie.com
7  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
8  San Francisco, CA  94111
   Telephone: +1 415 576 3000
9  Facsimile:  +1 415 576 3099

10 Attorneys for Defendant
11 DAVE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL LOPEZ, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DAVE INC.,<br><br>　　　　　　　Defendant. | Case No. 3:22-cv-04160-VC<br>Complaint filed: July 15, 2022<br><br>**NOTICE OF APPEAL**<br><br>Before The Honorable Vince Chhabria<br>Courtroom 4 - 17th Floor<br>450 Golden Gate Avenue,<br>San Francisco, CA  94102 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendant Dave Inc. ("Dave") hereby appeals, to the United States Court of Appeals for the Ninth Circuit, this Court's November 21, 2022 order (Dkt. No. 36, the "Order"), which denied Dave's motion to compel arbitration and to dismiss or stay proceedings, or in the alternative, to conduct a summary trial regarding the making of the arbitration agreement.

The Order is attached hereto as **Exhibit 1**. The Order is immediately appealable under the Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(B). The fees have been paid for appeal. This is not a cross-appeal and there has been no previous appeal in this matter.

Pursuant to Ninth Circuit Rule 3-2, and in compliance with Rule 12(b) of the Federal Rules of Appellate Procedure, a Representation Statement identifying all parties to the action and contact information of their counsel is attached as **Exhibit 2** to this Notice of Appeal.

Dated: December 13, 2022

Respectfully submitted,

**BAKER & McKENZIE LLP**

By: */s/ Edward D. Totino*
    Edward D. Totino
    Desirée Hunter-Reay
    Attorneys for Defendant
    DAVE INC.