UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVE INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-04160-VC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO STAY**<br><br>Re: Dkt. No. 45 |

　　　The motion to stay is granted in part and denied in part. The *Coinbase* case at the Supreme Court is not a sufficient basis to stay the entire case now.

　　　Individual discovery may go forward, as the merits of the plaintiff's individual claims will be relevant regardless of the outcome of the appeal. Class discovery is stayed pending resolution of the appeal.

　　　**IT IS SO ORDERED.**

Dated: February 2, 2023

_____
VINCE CHHABRIA
United States District Judge