**FILED**

MAR 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRYSTAL LOPEZ, | No. 22-16915 |
| Plaintiff-Appellee, | D.C. No. 3:22-cv-04160-VC<br>Northern District of California,<br>San Francisco |
| v. | |
| DAVE, INC., | ORDER |
| Defendant-Appellant. | |

Before: S.R. THOMAS and KOH, Circuit Judges.

The motion (Docket Entry No. 7) to stay the district court's November 21, 2022 order pending appeal is denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).

The existing briefing schedule remains in effect.