**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
 seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
 marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
 hayley@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
 rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiff*

**BAKER & MCKENZIE LLP**
Edward D. Totino (SBN 169237)
 edward.totino@bakermckenzie.com
Benjamin W. Turner (SBN 256092)
 benjamin.turner@bakermckenzie.com
Desirée Hunter-Reay (SBN 337150)
 desiree.hunter-reay@bakermckenzie.com
10250 Constellation Blvd., Suite 1850
Los Angeles, California 90067
Telephone: +1 310 201 4728
Facsimile: +1 310 201 4721

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL LOPEZ, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DAVE INC.,<br><br>Defendant. | CASE NO. 3:22-cv-04160-VC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO STAY CASE AND VACATE CASE DEADLINES PENDING APPEAL**<br><br>Judge:  Hon. Vince Chhabria |

Pursuant to Civil Local Rules 7-12, 6-1(b) and 6-2, Plaintiff Krystal Lopez ("Plaintiff") and Defendant Dave Inc. ("Defendant," and collectively, the "Parties") hereby stipulate as follows:

1. WHEREAS, on June 23, 2023, the Supreme Court of the United States issued its decision in *Coinbase, Inc. v. Bielski*, 599 U.S. ____, 2023 WL 4138983 (2023).

2. WHEREAS, on November 21, 2022, this Court denied Defendant's Motion to Compel Arbitration or, in the Alternative, Dismiss for Improper Venue.  ECF No. 36.

3. WHEREAS, on November 30, 2022, the Court, *inter alia*, ordered the following class certification deadlines:

| Event | Deadline |
|---|---|
| Motion for Class Certification | August 3, 2023 |
| Opposition to Motion for Class Certification | August 31, 2023 |
| Reply In Support of Motion for Class Certification | September 28, 2023 |
| Class Certification Hearing | October 12, 2023 |

ECF No. 38.

4. WHEREAS, on December 13, 2022, Defendant filed a Notice of Appeal appealing this Court's November 21, 2022 order, ECF No. 41, to the United States Court of Appeals for the Ninth Circuit that remains pending.

5. WHEREAS, on February 2, 2023, this Court granted in part and denied in part Defendant's Motion to Stay Pending Appeal, staying Class discovery pending resolution of the appeal but permitting discovery to proceed as to Plaintiff's individual claims. ECF No. 52.

6. Whereas, under *Coinbase*, the parties have agreed to stay proceeding pending the resolution of Defendant's appeal by the Ninth Circuit.

7. NOW, THEREFORE, in consideration of the foregoing, Plaintiff and Defendant by and through their respective counsel, hereby **STIPULATE** and **AGREE** to stay proceedings in this Court and vacate all deadlines pending the resolution of Defendant's appeal.

8. Notwithstanding, the Parties disagree as to when the stay will terminate. Defendant contends, pursuant to *Coinbase*, that the stay terminates when the Ninth Circuit's mandate issues following the Ninth Circuit's decision affirming or reversing the Order Denying Defendant's Motion to Compel Arbitration or, in the Alternative, Dismiss for Improper Venue (dkt. 36). By contrast, Plaintiff contends that the stay should be vacated immediately upon the Ninth Circuit's issuance of a decision affirming or reversing the district court's Order Denying Defendant's Motion to Compel Arbitration or, in the Alternative, Dismiss for Improper Venue (dkt. 36). Accordingly, in the event that an issue arises regarding the termination of the stay, Plaintiff and Defendant further **STIPULATE** and **AGREE** that such issue should be further briefed.

Dated: July 31, 2023

| | |
|---|---|
| **GUTRIDE SAFIER LLP** | **BAKER & MCKENZIE LLP** |
| */s/ Rajiv V. Thairani* | */s/ Edward D. Totino* |
| Seth A. Safier (State Bar No. 197427) | Edward D. Totino (SBN 169237) |
| seth@gutridesafier.com | edward.totino@bakermckenzie.com |
| Marie A. McCrary (State Bar No. 262670) | Benjamin W. Turner (SBN 256092) |
| marie@gutridesafier.com | benjamin.turner@bakermckenzie.com |
| Hayley Reynolds (State Bar No. 306427) | Desirée Hunter-Reay (SBN 337150) |
| hayley@gutridesafier.com | desiree.hunter-reay@bakermckenzie.com |
| Rajiv V. Thairani (State Bar No. 344390) | 10250 Constellation Blvd., Suite 1850 |
| rajiv@gutridesafier.com | Los Angeles, California 90067 |
| 100 Pine Street, Suite 1250 | Telephone: +1 310 201 4728 |
| San Francisco, CA 94111 | Facsimile: +1 310 201 4721 |
| Telephone: (415) 639-9090 | |
| Facsimile:  (415) 449-6469 | |
| | |
| *Attorneys for Plaintiff Krystal Lopez* | *Attorneys for Defendant* |
| | *Dave Inc.* |

**FILER'S ATTESTATION (Civ. L.R. 5-1(i)(3))**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: July 31, 2023                         /s/ *Edward D. Totino*
                                             Edward D. Totino, Esq.

**[PROPOSED] ORDER**

PURSUANT TO JOINT STIPULATION, IT IS ORDERED THAT: This action is stayed pending resolution of Defendant's appeal.  All deadlines are vacated. Once the appeal regarding the Order Denying Defendant's Motion to Compel Arbitration, or, in the Alternative, Dismiss for Improper Venue (dkt. 36) is resolved, (7) days later the stay shall be vacated without prejudice to either party moving for further relief. If there is a dispute regarding whether the appeal is resolved, the Parties shall submit a joint letter to the Court on the issue pursuant to paragraph 18 of the undersigned's Standing Order for Civil Cases.

Dated: __August 2, 2023__



The Hon[orable] [Vince Chhabria]
United St[ates District Judge]
North[ern District of California]