**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
  seth@gutridesafier.com
MARIE A. MCCRARY (State Bar No. 262670)
  marie@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL LOPEZ, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>DAVE INC.,<br><br>                    Defendant. | CASE NO. 3:22-cv-04160-VC<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT REQUEST FOR DISMISSAL**<br><br>Hon. Vince Chhabria |

-1-

Pursuant to the request of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby DISMISSED. The dismissal is WITH PREJUDICE as to all Plaintiff's claims, and causes of action, and WITHOUT PREJUDICE as to all putative class member claims. Each party shall bear their own attorneys' fees and costs. The Clerk is directed to close the case.

DATED: August 12, 2024

_____
Hon. Vince Chhabria

.

[PROPOSED] Order Granting Joint Request for Dismissal